■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL PITTMAN, Appellant. [852 NYS2d 305]—

Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Holdman, J.), imposed July 13, 2006, upon his conviction of criminal possession of a weapon in the third degree, upon his plea of guilty, the sentence being a determinate term of imprisonment of seven years and a period of post-release supervision of three years.

Ordered that the sentence is modified, as a matter of discretion in the interest of justice, by reducing the determinate term of imprisonment of 7 years to a determinate term of imprisonment of 3 years and by reducing the period of post-release supervision of 3 years to a period of post-release supervision of $1^1/_2$ years.

The defendant was incorrectly informed, in a preprinted waiver form, that his right to appeal did not include the right to appellate review of his sentence on the ground that it was excessive (*see People v Hurd*, 44 AD3d 791, 792 [2007], *lv denied* 9 NY3d 1006 [2007]). Therefore, the purported waiver of his right to appeal cannot be considered knowing, voluntary, and intelligent (*see People v Hale*, 30 AD3d 613, 614 [2006]; *People v Rose*, 236 AD2d 637 [1997]; *People v Rolon*, 220 AD2d 543 [1995]).

In light of all of the circumstances of this case, the sentence imposed is excessive to the extent indicated herein (*see People v Suitte*, 90 AD2d 80, 83-87 [1982]). Prudenti, P.J., Spolzino, Florio, Covello and Dickerson, JJ., concur.